FILED
NOV 16 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RONNIE LEE LEGRANDE, | CV No. 09-505-KI |
| Petitioner, | |
| v. | ORDER DISMISSING HABEAS CORPUS PETITION WITHOUT PREJUDICE |
| JOE DECAMP, Superintendent, Deer Ridge Correctional Institution, | |
| Respondent. | |

This matter having come before the Court on the motion of the petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS FURTHER ORDERED that the time this case has been pending in federal court will not be counted against the one-year statute of limitations should Mr. LeGrande seek to return to federal court after exhausting his state post-conviction remedies.

Dated this __16__ day of _____, 20___.

_____
Garr M. King
United States District Judge

Submitted by:

 /s/ Amy Baggio
Amy Baggio
Attorney for Petitioner

Lester Huntsinger (by consent)
Attorney for Respondent